AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No. 25MJ2616 |
| DANIEL MONARCHI, | ) |  |
| *Defendant* | ) |  |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Daniel Monarchi

Date:   08/28/2025

*Attorney's signature*

Jason I. Ser  NY4511994
*Printed name and bar number*

Meister Seelig & Fein PLLC
125 Park Avenue, 7th Floor
New York, New York 10017
*Address*

jis@msf-law.com
*E-mail address*

(212) 655-3500
*Telephone number*

(212) 655-3535
*FAX number*