# Tilem & Associates, PC

188 East Post Road - 3rd Floor
White Plains, New York 10601
914-833-9785
Fax 914-833 9788
www.tilemlawfirm.com

**Partners**
Peter H. Tilem, Esq.*
**Associates**
Cindy N. Brown, Esq.#
Robert M. Schechter, Esq.♦
Nicole D. Walker, Esq.#
**Of Counsel**
Jasmine Hernandez, Esq.#

\# Admitted in NY
\* Admitted in NY & CT
♦ Admitted in NY, DC & US Tax Court

August 29, 2025

Hon. Andrew E. Krause
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: **USA v. Monarchi**
25-mj-02616

Your Honor,

The Defendant in this case has now retained new counsel, Jason Immanuel Ser, from the firm Meister Seelig & Fein, to represent him going forward. Therefore I am asking that I be relieved as counsel for the Defendant.

Thank you for your consideration.

Sincerely,

Robert M. Schechter, Esq.
Rschechter@tilemlawfirm.com