UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

               -v.-

DANIEL ALAN MONARCHI,
                         Defendant.

ORDER OF CONTINUANCE

25 Mag. 2616

---

      Upon the application of the United States of America and the affirmation of PATRICIA REVILLE, Assistant United States Attorney, it is found that DANIEL ALAN MONARCHI, the defendant, was charged with a violation of 18 U.S.C.§ 2251(a) and (e) in a complaint dated August 19, 2025, and was arrested on August 22, 2025;

      It is further found that the defendant was presented before United States Magistrate Judge Andrew E. Krause on August 22, 2025, and the defendant was detained;

      It is further found that Jason Ser, Esq., counsel for the defendant, has been engaging in preliminary discussions with the Government concerning possible disposition of this case without trial;

      It is further found that the Government has requested a continuance of 28 days to engage in further discussions with counsel about the disposition of this case without trial and that counsel for the defendant on behalf of the defendant has agreed that a continuance of 28 days may be granted for such purpose; and

      It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until **October 15, 2025.**

Dated: White Plains, New York
September 17, 2025

_____
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>DANIEL ALAN MONARCHI,<br>                    Defendant. | AFFIRMATION<br><br>25 Mag. 2616 |

STATE OF NEW YORK            )
COUNTY OF WESTCHESTER        : ss.:
SOUTHERN DISTRICT OF NEW YORK )

PATRICIA REVILLE, under penalty of perjury, hereby affirms as follows:

1.      I am an Assistant United States Attorney in the Southern District of New York. I submit this affirmation in support of an application for an initial order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to 18 U.S.C. § 3161(h)(7)(A).

DANIEL ALAN MONARCHI, the defendant, was charged with a violation of 18 U.S.C.§ 2251(a) and (e), in a complaint dated August 19, 2025. The defendant was presented before Magistrate Judge Andrew E. Krause on August 22, 2025, and the defendant was detained.

2.      Jason Ser, Esq., attorney for the defendant, has since been engaging in preliminary discussions with the Government concerning a possible disposition of this case without trial, and those discussions are ongoing. The Government hereby requests that a continuance of 28 days be granted, during which time we may pursue further discussions.

3.      On August 29, 2025, Mr. Ser, counsel for the defendant, agreed by telephone on behalf of the defendant that the requested continuance of 28 days is appropriate in these circumstances.

4. For the reasons stated above, the ends of justice served by the granting of the continuance requested outweigh the best interests of the public and defendant in a speedy trial.

5. Pursuant to Title 28, United States Code, Section 1746, I declare under penalty of perjury that the foregoing is true and correct.ss

Executed on September 16, 2025.

_____
PATRICIA REVILLE
Assistant United States Attorney