UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                   **2ND ORDER OF CONTINUANCE**
    -against-                                           25 Mag. 2616

DANIEL ALAN MONARCHI,

                              Defendant.
------------------------------------------------------------------X

        Adjourned to November 12, 2025 by Judith C. McCarthy, United States Magistrate Judge, having found that the ends of justice served thereby, outweigh the best interest of the public and the defendant in a speedy trial, and that the failure to grant a continuance would be a miscarriage of justice.

Dated:  October 15, 2025
           White Plains, New York

                                           SO ORDERED:

                                           _____
                                           United States Magistrate Judge