# EXHIBIT A

  Back to search         Save   Share  ○○○ More



Street View

 Zestimate®

**$661,500**

▬▬▬▬ Red Hook, NY ▬▬▬▬

| 4 | 3 | 2,925 |
|---|---|---|
| beds | baths | sqft |

Est. refi payment: $4,379/mo   $ **Refinance your loan**

🏠 SingleFamily          🔨 Built in 2003          👤 0.56 Acres Lot

△ $661,500 Zestimate®    $ $226/sqft              🤲 $5,222 Estimated rent

## Home value

Zestimate®
**$661,500**

Estimated sales range
**$609,000 - $714,000**

Rent Zestimate®
**$5,222/mo**

OFF MARKET— SOLD OCT 2001 FOR $298,500

**$709,447**  Redfin Estimate

4 bd • 3.5 ba • 2,925 sq ft

███████████d, Red Hook, NY █████



Estimated sale price

**$674,000 – $816,000**

Reach more buyers when you sell with Redfin. Plus, you'll save **$7,094** in fees.

Schedule a selling consult

Get an in-depth report about your home value and the Red Hook market.

Request a free analysis

| Claim home<br>Claim home to manage this property | View dashboard | Edit facts | Manage photos |

**Rates have dropped**
Lower mortgage rates could mean more buyers and higher sale prices.
Learn more

## About this home

████████████d is a 2,925 square foot house on a 0.56 acre lot with 4 bedrooms and 3.5 bathrooms. - it last sold on October 24, 2001 for $298,500. Based on Redfin's Red Hook data, we estimate the home's value is $709,447.

- Single-family — Property Type
- 2003 — Year Built
- 0.56 acres — Lot Size
- $243 — Est. Price/Sq.Ft.

Source: Public Records

## Redfin Estimate

**$709,447**

▲ **$411K** since sold in October 2001    ▲ **$2,000** since November

 Recently sold homes    Estimate history    Homes for sale





| SOLD SEP 18, 2025 | SOLD SEP 11, 2025 | SOLD OCT 1, 2025 |
|---|---|---|
| **$629,000**  A | **$476,725**  B | **$695,000**  C |
| 4 beds  2.5 baths  3,034 sq ft | 4 beds  3 baths  2,360 sq ft | 3 beds  2.5 baths  3,020 sq ft |
| 33 Camelot Court Ct,… | 24 Linden Ave Ave, Red Hook… | 115 Whalesback Rd, Red Hoo… |
| Listing by Taft Street Realty, Inc. | Listing by Keller Williams Realty HV Nort | Listing by Rouse + Co Real Estate LLC |

 Buy  Sell  Rent  Agents  Explore  News      Sign In   Advertise   



**NOT LISTED FOR SALE**

Red Hook, NY
Estimated Value:
**$633,000 - $772,000**

**$633,000 - $772,000**

Red Hook, NY

**4** Beds **4** Baths **2,925** Sq Ft **$233/Sq Ft** Est. Value

## About This Home

This home is located at ▇▇, Red Hook, NY ▇▇ and is currently estimated at $681,531, approximately $233 per square foot. ▇▇ is a home located in Dutchess County with nearby schools including Mill Road Primary School, Mill Road Intermediate School, and Linden Avenue Middle School.

## Ownership History