UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                    **4TH ORDER OF CONTINUANCE**

      -against-                                        25 Mag. 2616

DANIEL ALAN MONARCHI,

                                  Defendant.
-------------------------------------------------------------------X

Adjourned to January 7, 2026 by Judith C. McCarthy, United States Magistrate Judge, having found that the ends of justice served thereby, outweigh the best interest of the public and the defendant in a speedy trial, and that the failure to grant a continuance would be a miscarriage of justice.

Dated: December 10, 2025
       White Plains, New York

                                                  SO ORDERED:

                                                  _____
                                                  United States Magistrate Judge