UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                  **5TH ORDER OF CONTINUANCE**

       -against-                                    25 Mag. 2616

DANIEL ALAN MONARCHI,

                        Defendant.
------------------------------------------------------------------x

       Adjourned to February 4, 2026 by Andrew E. Krause, United States Magistrate Judge, having found that the ends of justice served thereby, outweigh the best interest of the public and the defendant in a speedy trial, and that the failure to grant a continuance would be a miscarriage of justice.

Dated:  January 7, 2026
          White Plains, New York

                                                            SO ORDERED:

                                                             _____
                                                             United States Magistrate Judge