UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA

-v-

DANIEL ALAN MONARCHI,

                    Defendant.
------------------------------------------------------------x

STIPULATION IN SUPPORT
OF APPLICATION FOR
    7th OR SUBSEQUENT
ORDER OF CONTINUANCE AND
8th ORDER OF CONTINUANCE


25 Mag. 2616

The United States of America and the defendant jointly request and agree that the time period from **04/01/2026 to 04/29/2026** be excluded from the computation of the period within which an information or indictment must be filed, pursuant to Title 18, United States Code, Section 3161(b) and (h)(7).   The defendant was charged with a violation of 18 U.S.C. § 2251(a)and (e), arrested on August 22, 2025, presented in the United States District Court for the Southern District of New York before Magistrate Judge Andrew E. Krause, and detained following a bail hearing.

The parties submit that there is good cause for an additional exclusion of time because the parties are exploring a possible disposition of this case prior to trial.   Specifically, the defendant is currently preparing a mitigation submission.   On March 27, 2026, Assistant U.S. Attorney Patricia M. Reville and defense counsel, Jason Ser, Esq., conferred.   Mr. Ser stated that he was preparing his client's mitigation package.   Thus, an additional exclusion of time will allow the defendant to continue to put together and finalize his mitigation submission, allow the Government to review that submission, and allow the parties to discuss a resolution short of trial.

By the following signatures we agree and consent to the exclusion of time noted above:

_____    3/31/26
Defendant's Counsel           Date
Jason Ser, Esq.

_____    3/27/2026
Assistant U.S. Attorney       Date
Patricia M. Reville

The defendant states that he has been fully advised by counsel of his rights guaranteed under (a) of the Sixth Amendment to the Constitution; (b) the Speedy Trial Act of 1974, as set forth in Title 18, United States Code, Sections 3161-74; and (c) the plans and rules of this Court adopted pursuant to that Act.   The defendant understands that he has a right to be charged by indictment or information, and to have a trial before a judge or jury, within a specified time (excluding certain time periods) under the Constitution and Rules and Laws of the United States identified above.   The defendant consents and agrees to the above request, and further authorizes counsel Jason Ser, Esq. to affix his signature on this stipulation.

_____    3/31/26
Defendant                     Date
DANIEL ALAN MONARCHI

The joint application of the United States of America and the defendant having been heard at a proceeding on the date below, the time period from **04/01/2026 to 04/29/2026** is hereby excluded in computing the time within which an indictment or information must be filed. The Court grants this continuance on the finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial, for the reasons set forth above. ~~The Court further~~ orders: _____.

Dated:  4-1-2026

White Plains, New York

**SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK